UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GEHL FOODS, LLC,

                Plaintiff,

      v.

WORLDWIDE SPORT NUTRITIONAL
SUPPLEMENTS, INC.,

                Defendant.
------------------------------------------------------------------x

Civil Action No. 1:24-cv-06099

## NOTICE OF MOTION TO REMAND TO STATE COURT

**PLEASE TAKE NOTICE THAT**, upon the accompanying Declaration of A.J. Monaco, Defendant Worldwide Sport Nutritional Supplements, Inc. respectfully moves this Court for an Order remanding this matter to the Supreme Court of the State of New York, County of New York, pursuant to 28 U.S.C. § 1447.

Dated: August 19, 2024
      New York, New York

Respectfully submitted,

**O'BRIEN LLP**

By: _____
Sean O'Brien, Esq.
A.J. Monaco, Esq.
900 Third Avenue, 18th Floor
New York, NY 10022
(212) 729-9243
sobrien@obrienllp.com
ajmonaco@obrienllp.com

*Attorneys for Defendant Worldwide Sport Nutritional Supplements, Inc.*

---

Application GRANTED.

The Clerk of Court is directed to remand this matter to the Supreme Court of the State of New York, County of New York.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: August 21, 2024